1  **NORMA A. AGUILAR**
   California State Bar No. 211088
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Email: Norma_Aguilar@fd.org

5  Attorneys for Mr. Perez-Garcia

6

7

8                  UNITED STATES DISTRICT COURT

9          FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )    Case No. 08MJ1973-01
                                       )
12          Plaintiff,                 )
                                       )
13  v.                                 )
                                       )    **NOTICE OF APPEARANCE**
14  CHRISTIAN PEREZ-GARCIA,            )
                                       )
15          Defendant.                 )
    _____)

16

17          Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18  Norma A. Aguilar, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney

19  in the above-captioned case.

20                                          Respectfully submitted,

21

22  Dated: July 2, 2008                      */s/  Norma Aguilar*
                                             **NORMA AGUILAR**
23                                           Federal Defenders of San Diego, Inc.
                                             Attorneys for Mr. Perez-Garcia
24                                           Norma_Aguilar@fd.org

25

26

27

28

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information

and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Copy to Assistant U.S. Attorney via ECF NEF

Dated:  July 2, 2008

*/s/  Norma Aguilar*
**NORMA AGUILAR**
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
 Email: norma_aguilar@fd.org

08MJ1973-01