UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff ) <br> ) <br> vs. ) <br> PEREZ - GARCIA ) <br> ) <br> Defendant(s) ) | CRIMINAL NO. 08mj1973 <br> ORDER <br> RELEASING MATERIAL WITNESS <br> Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Victor Manuel Morales-Izararaz

DATED: 7/10/08

William McCurine, Jr.

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
       DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____ J. PARIS
       Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082