FILED

2008 JUL 15 AM 10: 22

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE BARBARA L. MAJOR)

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                            )<br>       Plaintiff,          )<br>                            )<br>  vs.                       )<br>                            )<br> CHRISTIAN PEREZ-GARCIA, et al., )<br>                            )<br>       Defendants.          )<br>_____) | Case No.: 08MJ1973<br><br>**ORDER TO REVOKE BOND FOR MATERIAL WITNESS ERNESTINA PATRICIA SERRANO AND TO TRANSFER MATERIAL WITNESS INTO CUSTODY OF UNITED STATES MARSHAL** |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the material witness bond filed on behalf of Ernestina Patricia Serrano on July 10, 2008 be revoked, and that Material Witness Ernestina Patricia Serrano be transferred from the custody of the Bureau of Immigration and Customs Enforcement, Department of Homeland Security, into the custody of the United States Marshal.

**IT IS SO ORDERED:**

DATE: 7/14/08

_____
MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT